1

2

3

4                           UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    **HEIDI FARRARA,**                          Case No.  15-cv-04867-YGR

                    Plaintiff,
8

9         v.                                     **ORDER TO SHOW CAUSE RE: REMAND FOR
                                                 LACK OF DIVERSITY JURISDICTION**

10   **COMCAST CABLE COMMUNICATIONS
     MANAGEMENT, LLC,**

11                  Defendant.

12        TO DEFENDANT COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,

13   AND ITS COUNSEL OF RECORD:

14        YOU ARE HEREBY ORDERED TO SHOW CAUSE in writing by no later than **January**

15   **4, 2016**, as to why this action should not be remanded for lack of jurisdiction.

16        Defendant removed this case from the Superior Court of California, County of Marin on

17   October 22, 2015 based on diversity jurisdiction.  (Dkt. No. 1.)  On December 7, 2015, the case

18   was reassigned to the undersigned.  (Dkt. No. 11.)

19        For proper diversity jurisdiction under 28 U.S.C. § 1332(a), there must be "complete

20   diversity," i.e., "the citizenship of each plaintiff [must be] diverse from the citizenship of each

21   defendant."  *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 (1996).  Here, defendant generally alleges

22   in its notice of removal that the above-captioned matter "is a civil action between citizens of

23   different states" because plaintiff is believed to be a California resident and defendant Comcast

24   Cable Communications Management, LLC is a limited liability company organized under

25   Delaware law with its principal place of business in Pennsylvania.  (Dkt. No. 1 ¶¶ 5-7.)  However,

26   the notice of removal lacks the requisite allegations as to the citizenship of each member of

27   defendant Comcast Cable Communications Management, LLC.  *See Johnson v. Columbia*

28   *Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (holding diversity jurisdiction

United States District Court
Northern District of California

depends on the citizenship of *all members* of partnerships or limited liability corporations) (emphasis added).

Defendant's filing shall not exceed five (5) pages, exclusive of any attached documentation.  Plaintiff may file a response thereto, also not to exceed five (5) pages, by no later than **January 8, 2016**.  The Court hereby SETS a hearing on this Order to Show Cause for **January 15, 2016** at **9:01 a.m.**

IT IS SO ORDERED.

Dated: December 18, 2015

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE