AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Heidi Farrara

Plaintiff(s),

V.

Comcast Cable Communications Management, LLC

Defendant(s),

**ORDER**
**CONSENT ORDER GRANTING**
**SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:15-cv-04867-YGR

Notice is hereby given that, subject to approval by the court, __Heidi Farrara__ substitutes
(Party (s) Name)

__Mark T. Gallagher__, State Bar No. __180514__ as counsel of record in
(Name of New Attorney)

place of __Pro Per Plaintiff__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: CABLE GALLAGHER
Address: 101 Parkshore Dr., Suite 100, Folsom, CA 95630
Telephone: 916-608-7995   Facsimile: 916-608-7986
E-Mail (Optional): mark@cablegallagher.com

I consent to the above substitution.
Date: January 19, 2016

(Signature of Party (s))

I consent to being substituted.
Date:

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: January 19, 2016

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 20, 2016

United States District Court Judge
YVONNE GONZALEZ ROGERS

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]