UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**HEIDI FARRARA**,

    Plaintiff,

  v.

**COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC**,

    Defendant.

Case No. 15-cv-04867-YGR

**ORDER TO SHOW CAUSE RE: TERMINATING SANCTIONS FOR FAILURE TO COMPLY WITH THIS COURT'S PRIOR ORDERS**

**TO PLAINTIFF AND COUNSEL OF RECORD**:

Plaintiff Heidi Farrara is **HEREBY ORDERED TO SHOW CAUSE** explaining why the Court should not terminate this lawsuit for failure to comply with the Court's order on August 22, 2016 requiring the production of documents and the subsequent completion of your deposition. (Dkt. No. 32.) On August 22, 2016, the Court ordered plaintiff to produce, prior to August 25, 2016, all documents (a) responsive to defendant's Request for Production of Documents Numbers 20, 22, 24, and 34, and (b) those that should have been produced with the Initial Disclosures, namely documents concerning plaintiff's job search efforts; communications with potential employers; offer(s) of employment; job descriptions; her current resume; income and benefits of subsequent employment; and documents pertaining to claims, lawsuits, administrative charges, and complaints by the plaintiff that rely upon any of the same factual allegations or claims as those at issue in the instant matter.[1] Plaintiff has failed to produce all such documents, and accordingly, plaintiff's deposition could not be completed having been cancelled once.

---

[1] The Court also ordered plaintiff to serve verified amended responses to certain interrogatories, but understands from the parties that this is no longer at issue.

A hearing on this Order to Show Cause will be held on **Monday**, **September 12, 2016** at 11:00 a.m. in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. **Plaintiff is ORDERED to appear personally.** Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a written response or to appear personally will be deemed an admission that no good cause exists for plaintiff's failure to comply and that the imposition of monetary sanctions and dismissal of the above-captioned action are appropriate.

By the end of the business day **September 9, 2016**, plaintiff must file either (i) a statement notifying the Court of her compliance with this Order, or (ii) a written response to this Order explaining her failure to comply. In the event that plaintiff complies and produces the documents prior to the scheduled deposition on **September 9, 2016,** the parties may send the Court a joint notification requesting that the hearing on the Order to Show Cause be vacated.[2] Partial compliance may also result in terminating, evidentiary, or monetary sanctions.

**IT IS SO ORDERED.**

Dated: August 29, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[2] Plaintiff is further **ORDERED** to produce the documents in an organized manner, in compliance with Federal Rule of Civil Procedure 34. Failure to comply with Rule 34 may result in sanctions.