1  Mark S. Spring, State Bar No. 155114
   mspring@cdflaborlaw.com
2  Nicole A. Legrottaglie, State Bar No. 271416
   nlegrottaglie@cdflaborlaw.com
3  CAROTHERS DISANTE & FREUDENBERGER LLP
   900 University Avenue
4  Suite 200
   Sacramento, California 95825
5  Telephone: (916) 361-0991
   Facsimile: (916) 570-1958
6
   Attorneys for Defendant
7  COMCAST CABLE COMMUNICATIONS
   MANAGEMENT, LLC
8
   Mark T. Gallagher, State Bar No. 180514
9  mark@cablegallagher.com
   CABLE GALLAGHER
10 101 Parkshore Drive, Suite 100
   Folsom, CA 95630
11 Telephone: (916) 458-4959
   Facsimile: (916) 608-7986
12
   Attorneys for Plaintiff
13 HEIDI FARRARA

**GRANTED**

*[signature]*
Judge Yvonne Gonzalez Rogers

10/17/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HEIDI FARRARA, | ) Case No. 4:15-cv-04867-YGR |
|---|---|
| Plaintiff, | ) Assigned for All Purposes To: |
| vs. | ) Judge Yvonne Gonzalez Rogers |
| COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | ) **STIPULATION TO FOR VOLUNTARY DISMISSAL OF ACTION** |
| Defendant. | ) |

CAROTHERS DISANTE &
FREUDENBERGER LLP

1127410.1

STIPULATION TO FOR VOLUNTARY
DISMISSAL OF ACTION

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by and between the parties hereto, through their undersigned counsel of record, that the above-captioned action is voluntarily dismissed in its entirety with prejudice.

Dated: October 13, 2016                     CAROTHERS DISANTE & FREUDENBERGER LLP

By: /s/ Nicole A. Legrottaglie
Nicole A. Legrottaglie
Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

Dated: October 13, 2016                     CAROTHERS DISANTE & FREUDENBERGER LLP

By: /s/ Mark T. Gallagher
Mark T. Gallagher
Attorneys for Plaintiff
HEIDI FARRARA